H. P. WHITEHURST, RECEIVER OF THE BANK OF VANCEBORO, v. JEFFERSON STANDARD LIFE INSURANCE COMPANY, G. A. GRIMSLEY, TRUSTEE, L. E. SMITH AND WIFE, LYDIA C. SMITH, AND T. J. MARRINER, TRUSTEE IN BANKRUPTCY OF L. E. SMITH.

(Filed 2 October, 1929.)

APPEAL by plaintiff from *Daniels, J.*, at May Term, 1929, of CRAVEN. Affirmed.

*Henry P. Whitehurst and Ward & Ward for plaintiff.*
*Brooks, Parker, Smith & Wharton and Warren & Warren for Jefferson Standard Life Insurance Company and G. A. Grimsley, trustee.*
*Guion & Guion for L. E. and Lydia C. Smith.*

PER CURIAM. This is an injunction proceeding to restrain the sale of certain land by George A. Grimsley, trustee. The court below by agreement found the facts. The conclusions of law were as follows:

"1. That Lydia C. Smith was surety only on the note of her husband, L. E. Smith, to the Security Life and Annuity Company.

2. That Lydia C. Smith, wife of L. E. Smith and beneficiary in the life insurance policy, has a vested interest and property therein.

3. That the equitable doctrine invoked by the plaintiff does not apply.

4. That restraining order should be dissolved."

We have read the record and briefs carefully. We are of the opinion that the judgment of the court below was correct.

Affirmed.